_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 13-1582-JLS (JPRx)                              Date: April 21, 2014
Title:  United States of America v. Kenneth Elliott, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Terry Guerrero  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                 Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED ORDER (Doc. 31)**

    Before the Court is Plaintiff United States of America's unopposed Motion for Entry of Stipulated Order as to Defendant Ramesh Sarva.  (Mot., Doc. 31.)  The Court finds this matter appropriate for decision without oral argument.  Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the hearing set for April 25, 2014 at 2:30 p.m. is VACATED.  The Court previously found entry of a Stipulated Order was warranted, but that certain permanent injunction provisions were overbroad.  (Doc. 22.)  As the present Stipulated Order omits those provisions, Plaintiff's Motion is GRANTED.  (*See id.*; Doc. 32-1.)

                                                                            Initials of Preparer:  enm

_____